Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 14−26060−RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carlos Arroyo Jr.
   201 Newark Avenue
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−5903

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/2/17 at 09:00 AM

to consider and act upon the following:

*40* − Certification in Opposition to (related document:38 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/13/2017. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Ralph A Ferro Jr on behalf of Carlos Arroyo Jr.. (Ferro, Ralph)

Dated: 7/11/17

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court